■ In the Matter of JAMES PETTUS, Petitioner, v ABRAHAM GERGES, Respondent. [918 NYS2d 380]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Balkin, Leventhal and Hall, JJ., concur.